IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:03-CR-44-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| RHAMAL LAMAHR LEWIS | ) | |

This matter is before the Court on defendant's motion for leave to obtain and review documents filed under seal and to re-disclose the presentence report. [DE 148]. Counsel for defendant seeks a copy of defendant's presentence report and any addenda for evaluation of defendant's eligibility to seek executive clemency. Counsel further seeks leave to provide a copy of the presentence report and any addenda to the Screening Committee and Steering Committee of Clemency Project 2014, as well as to the Office of the Pardon Attorney should a petition for clemency be filed. Counsel represents that defendant has authorized review of his presentence report and that the government does not oppose the relief requested.

Accordingly, for good cause shown, defendant's motion for leave is GRANTED. The United States Probation Office is DIRECTED to provide a copy of defendant's presentence report to counsel having filed the instant motion. The presentence report shall remain under seal and leave to review the same shall extend only to the parties mentioned above. The clerk is DIRECTED to serve a copy of this order on the United States Probation Office upon its entry.

SO ORDERED, this **16** day of April, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE